No. 274. PHILLIPS PETROLEUM Co. *v.* CABOT CARBON Co. On petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment of the Court of Appeals is vacated and the case is remanded to that court for its reconsideration in the light of the latest order of the Corporation Commission of Oklahoma pertaining to the order in question. *Rayburn L. Foster, Harry D. Turner, R. M. Williams* and *Cecil C. Hamilton* for petitioner. *Robert M. Rainey and Streeter B. Flynn* for respondent.

No. 379. WEBB ET AL. *v.* STATE UNIVERSITY OF NEW YORK ET AL. Appeal from the United States District Court for the Northern District of New York. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *Clifford H. Searl* and *Daniel F. Mathews* for appellants. *Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, *John C. Crary, Jr.,* Assistant Attorney General, and *Irving I. Waxman* for appellees.

No. 193, Misc. MARRON *v.* RAGEN, WARDEN. Appeal from the United States Court of Appeals for the Seventh Circuit. *Per Curiam:* The appeal is dismissed for the want of jurisdiction. 28 U. S. C. § 1254 (2).*

---

*As amended by order entered December 6, 1954, *post,* p. 893.